JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America for the use and benefit of Electrical Wholesalers Metro D.C., Inc 2. Electrical Wholesalers Metro D.C., Inc. | 1. James W. Ancel, Inc. 2. Hartford Accident and Indemnity Co. |

| (b) County of Residence of First Listed Plaintiff _____ <br>(EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant **Baltimore County** <br>(IN U.S. PLAINTIFF CASES ONLY) <br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
|---|---|

| (c) Attorneys *(Firm Name, Address, and Telephone Number)* <br>Tracy S. Kissler <br>Sanders & Kissler, 3905 Railroad Avenue, Suite 200N Fairfax VA 22030 <br>703-352-5066 | Attorneys *(If Known)* |
|---|---|

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| ☒ 1 U.S. Government <br>Plaintiff | ☐ 3 Federal Question <br>(U.S. Government Not a Party) |
|---|---|
| ☐ 2 U.S. Government <br>Defendant | ☐ 4 Diversity <br>(Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place <br>of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place <br>of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a <br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance <br>☐ 120 Marine <br>☒ 130 Miller Act <br>☐ 140 Negotiable Instrument <br>☐ 150 Recovery of Overpayment <br> & Enforcement of Judgment <br>☐ 151 Medicare Act <br>☐ 152 Recovery of Defaulted <br> Student Loans <br> (Excludes Veterans) <br>☐ 153 Recovery of Overpayment <br> of Veteran's Benefits <br>☐ 160 Stockholders' Suits <br>☐ 190 Other Contract <br>☐ 195 Contract Product Liability <br>☐ 196 Franchise | **PERSONAL INJURY** <br>☐ 310 Airplane <br>☐ 315 Airplane Product <br> Liability <br>☐ 320 Assault, Libel & <br> Slander <br>☐ 330 Federal Employers' <br> Liability <br>☐ 340 Marine <br>☐ 345 Marine Product <br> Liability <br>☐ 350 Motor Vehicle <br>☐ 355 Motor Vehicle <br> Product Liability <br>☐ 360 Other Personal <br> Injury <br>☐ 362 Personal Injury - <br> Medical Malpractice | **PERSONAL INJURY** <br>☐ 365 Personal Injury - <br> Product Liability <br>☐ 367 Health Care/ <br> Pharmaceutical <br> Personal Injury <br> Product Liability <br>☐ 368 Asbestos Personal <br> Injury Product <br> Liability <br>**PERSONAL PROPERTY** <br>☐ 370 Other Fraud <br>☐ 371 Truth in Lending <br>☐ 380 Other Personal <br> Property Damage <br>☐ 385 Property Damage <br> Product Liability | ☐ 625 Drug Related Seizure <br> of Property 21 USC 881 <br>☐ 690 Other <br><br>**LABOR** <br>☐ 710 Fair Labor Standards <br> Act <br>☐ 720 Labor/Management <br> Relations <br>☐ 740 Railway Labor Act <br>☐ 751 Family and Medical <br> Leave Act <br>☐ 790 Other Labor Litigation <br>☐ 791 Employee Retirement <br> Income Security Act | ☐ 422 Appeal 28 USC 158 <br>☐ 423 Withdrawal <br> 28 USC 157 <br><br>**PROPERTY RIGHTS** <br>☐ 820 Copyrights <br>☐ 830 Patent <br>☐ 840 Trademark <br><br>**SOCIAL SECURITY** <br>☐ 861 HIA (1395ff) <br>☐ 862 Black Lung (923) <br>☐ 863 DIWC/DIWW (405(g)) <br>☐ 864 SSID Title XVI <br>☐ 865 RSI (405(g)) <br><br>**FEDERAL TAX SUITS** <br>☐ 870 Taxes (U.S. Plaintiff <br> or Defendant) <br>☐ 871 IRS—Third Party <br> 26 USC 7609 | ☐ 375 False Claims Act <br>☐ 400 State Reapportionment <br>☐ 410 Antitrust <br>☐ 430 Banks and Banking <br>☐ 450 Commerce <br>☐ 460 Deportation <br>☐ 470 Racketeer Influenced and <br> Corrupt Organizations <br>☐ 480 Consumer Credit <br>☐ 490 Cable/Sat TV <br>☐ 850 Securities/Commodities/ <br> Exchange <br>☐ 890 Other Statutory Actions <br>☐ 891 Agricultural Acts <br>☐ 893 Environmental Matters <br>☐ 895 Freedom of Information <br> Act <br>☐ 896 Arbitration <br>☐ 899 Administrative Procedure <br> Act/Review or Appeal of <br> Agency Decision <br>☐ 950 Constitutionality of <br> State Statutes |
| **REAL PROPERTY** <br>☐ 210 Land Condemnation <br>☐ 220 Foreclosure <br>☐ 230 Rent Lease & Ejectment <br>☐ 240 Torts to Land <br>☐ 245 Tort Product Liability <br>☐ 290 All Other Real Property | **CIVIL RIGHTS** <br>☐ 440 Other Civil Rights <br>☐ 441 Voting <br>☐ 442 Employment <br>☐ 443 Housing/ <br> Accommodations <br>☐ 445 Amer. w/Disabilities - <br> Employment <br>☐ 446 Amer. w/Disabilities - <br> Other <br>☐ 448 Education | **PRISONER PETITIONS** <br>**Habeas Corpus:** <br>☐ 463 Alien Detainee <br>☐ 510 Motions to Vacate <br> Sentence <br>☐ 530 General <br>☐ 535 Death Penalty <br>**Other:** <br>☐ 540 Mandamus & Other <br>☐ 550 Civil Rights <br>☐ 555 Prison Condition <br>☐ 560 Civil Detainee - <br> Conditions of <br> Confinement | **IMMIGRATION** <br>☐ 462 Naturalization Application <br>☐ 465 Other Immigration <br> Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original <br>Proceeding ☐ 2 Removed from <br>State Court ☐ 3 Remanded from <br>Appellate Court ☐ 4 Reinstated or <br>Reopened ☐ 5 Transferred from <br>Another District <br>*(specify)* ☐ 6 Multidistrict <br>Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: <br>40 U.S.C. Section 3131 to 3134 <br>Brief description of cause: <br>Action on federal payment bond

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION <br>UNDER RULE 23, F.R.Cv.P. | **DEMAND $** | CHECK YES only if demanded in complaint: <br>**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):* JUDGE _____ DOCKET NUMBER _____

DATE 7/16/13

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br>for the use and benefit of<br>ELECTRICAL WHOLESALERS METRO D.C., INC.<br>a/k/a Electrical Wholesalers, Inc.<br>d/b/a Maurice Electrical Supply Company<br>6500A Sheriff Road<br>Landover, MD 20785 | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| and | : <br> : |
| ELECTRICAL WHOLESALERS METRO D.C., INC.<br>a/k/a Electrical Wholesalers, Inc.<br>d/b/a Maurice Electrical Supply Company<br>6500A Sheriff Road<br>Landover, MD 20785 | : <br> : <br> : <br> : <br> : <br> : |
| Plaintiffs, | : <br> : |
| vs. | : Case No. |
| | : <br> : |
| JAMES W. ANCEL, INC.<br>408 Bosley Avenue<br>Towson, MD 21204<br>Serve:  James W. Ancel, Sr., R.A.<br>408 Bosley Avenue<br>Towson, MD 21204 | : <br> : <br> : <br> : <br> : <br> : <br> : |
| and | : <br> : |
| HARTFORD ACCIDENT AND INDEMNITY CO.<br>One Hartford Plaza<br>Hartford, CT 06155<br>Serve: Charles O'Halloran, Vice President<br>One Hartford Plaza<br>Hartford, CT 06155 | : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : |

## COMPLAINT

Your Plaintiffs, United States of America for the use and benefit of Electrical

Wholesalers Metro D.C., Inc. a/k/a Electrical Wholesalers, Inc. d/b/a Maurice Electrical Supply Company and Electrical Wholesalers Metro D.C., Inc. a/k/a Electrical Wholesalers, Inc. d/b/a Maurice Electrical Supply Company, by counsel, and in support of its Complaint states as follows:

## JURISDICTION

Jurisdiction is founded upon this Court pursuant to 40 U. S. C. Section 3131 to 3134.

## PARTIES

1.    Plaintiff Electrical Wholesalers Metro D.C., Inc. a/k/a Electrical Wholesalers, Inc. d/b/a Maurice Electrical Supply Company ("Electrical Wholesalers") is a foreign corporation authorized to do business in the State of Maryland with its Maryland principal place of business at 6500A Sheriff Road, Landover, MD 20785.

2.    Defendant James W. Ancel, Inc. ("Ancel") is, and was at all times relevant hereto, a Maryland corporation maintaining a principal place of business at 408 Bosley Avenue, Towson, MD 21204.

3.    Defendant Hartford Accident and Indemnity Co. ("Hartford") is, and was at all times relevant hereto, a foreign insurance company licensed to do business in Maryland with its principal place of business in Hartford, Connecticut.

## FACTS

4.    At all times relevant hereto, Ancel was the general contractor for a construction project known as Army Reserve Center (Curtis Bay) ("the Project").

5.    On or about February 11, 2010, Ancel and the United States of America

2

entered into a contract concerning the construction of the Project ("Prime Contract").

6.    As part of the requirements under the Prime Contract, Ancel, as bond principal, furnished a Labor and Material Payment Bond in the penal amount of Nine Million Seven Hundred Four Thousand Two Hundred Thirty-One and 00/100 Dollars ($9,704,231.00) under the provisions of the Federal Miller Act.

7.    The surety on the Bond is Hartford ("Surety").  A copy of the Bond is attached hereto as Exhibit A and is incorporated herein by reference.

8.    In order for Ancel to perform the Prime Contract, Ancel entered into a subcontract with a company known as  Birckhead Electric, Inc. ("Birckhead") to perform the electrical portion of the Prime Contract for a certain sum (hereinafter "Subcontract").

9.    In order for Birckhead to perform the Subcontract, Birckhead entered into a credit arrangement with Electrical Wholesalers for the purchase of the electrical materials required for the Project (hereinafter "Credit Agreement").

10.    Pursuant to the terms of the Credit Agreement, the Electrical Wholesalers provided the electrical materials required for use on the Project and sent invoices to Birckhead demanding payment for said work and materials.

11.    After giving credits for payments made, the balance due is $42,739.76.

12.    Despite demand for payment in full, Birckhead has failed to pay the balance due on the Credit Agreement and is in breach thereof.  A copy of the Statement of Account is attached hereto as Exhibit B and is incorporated herein by reference.

13.    All materials provided by Electrical Wholesalers were accepted by United States of America and Ancel and Birckhead.

3

14.     The date on which the last materials were provided for use and/or the last work was performed by Plaintiff on the Project was July 16, 2012.

15.     Despite due demand for payment by Electrical Wholesalers from Birckhead, the account balance has not been paid and there is due and owing the principal sum of Forty Two Thousand Seven Hundred Thirty-Nine and 76/100 Dollars ($42,739.76).

16.     Electrical Wholesalers provided notice, by certified mail, to Ancel and to the Surety that the amounts due from Birckhead for materials furnished to the Project remain unpaid and of Electrical Wholesalers' demand for payment on the Bond. Copies of the notice and signed return receipt cards are attached hereto collectively as Exhibit C and are incorporated herein by reference.

17.     Despite Electrical Wholesalers' full compliance with the provisions of the Federal Miller Act and due demand for payment, the Surety has failed and refuses to meet its obligations under the Bond and is in violation of the provisions of the Federal Miller Act.

18.     Plaintiff is a proper claimant on the Bond and its claim is covered by the Bond.

## COUNT I
(Breach of 40 U. S. C. Section 3131, et seq. by Surety)

19.     The Plaintiffs incorporate the preceding allegations herein to the extent not inconsistent.

20.     For Surety's breach of its obligations under the Bond, Electrical Wholesalers' has sustained damages in the following amounts:

    a)      principal in the sum of $42,739.76;

4

b)      interest at 6% per annum from August 16, 2012; and

c)      costs of this action.

WHEREFORE, the United States of America for the use and benefit of Electrical Wholesalers Metro D.C., Inc. a/k/a Electrical Wholesalers, Inc. d/b/a Maurice Electrical Supply Company demands judgment against Defendant Hartford Accident and Indemnity Company for the following amounts:

a)      principal in the sum of $42,739.76.;

d)      interest at 6% per annum from August 16, 2012; and

e)      costs of this action.

Respectfully submitted,

SANDERS & KISSLER

By:     Tracy S. Kissler
        Bar No. 11674
        3905 Railroad Avenue
        Suite 200N
        Fairfax, VA 22030
        (703)  352-5066
        *Counsel for Plaintiffs*

5

| PAYMENT BOND (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) February 16, 2010 | OMB No.:9000-0045 |

Public reporting burden for this collection of information is estimate to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washington, DC 20405

PRINCIPAL (Legal name and business address)

James W. Ancel, Inc.

408 Bosley Avenue

Towson, MD 21204

Reviewed for Legal Sufficiency

TYPE OF ORGANIZATION ("X" one)

☐ INDIVIDUAL   ☐ PARTNERSHIP

☐ JOINT VENTURE   ☒ CORPORATION

STATE OF INCORPORATION

Maryland

SURETY(IES) (Name(s) and business address(es))

Hartford Accident & Indemnity Company : Counsel dc

One Hartford Plaza

Hartford, CT 06155

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| 9 | 704 | 231 | 00 |

CONTRACT DATE: February 11, 2010   CONTRACT NO.: W912QR-10-C-0029

## OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

## CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

## WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

### PRINCIPAL

| | 1. | 2. | 3. | |
| SIGNATURE(S) | (Seal) | (Seal) | (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. James W. Ancel, Inc. | 2. | 3. | |

### INDIVIDUAL SURETY(IES)

| | 1. | 2. | |
| SIGNATURE(S) | (Seal) | | (Seal) |
| NAME(S) (Typed) | 1. | 2. | |

### CORPORATE SURETY(IES)

| | | STATE OF INC. | LIABILITY LIMIT | |
| A | NAME & ADDRESS | Hartford Accident & Indemnity Company One Hartford Plaza, Hartford, CT 06155 | Connecticut | $ 302,178,000 | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. J. Russell Townshend Attorney-in-Fact | 2. | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

PLAINTIFF'S EXHIBIT A

STANDARD FORM 25A (REV. 10-98)
Prescribed by GSA-FAR (48 CFR) 53.2228(c)

42BCSFC0267

## CORPORATE SURETY(IES) *(Continued)*

| | | | STATE OF INC. | LIABILITY LIMIT | |
|---|---|---|---|---|---|
| **SURETY B** | NAME & ADDRESS | | | $ | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY C** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY D** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY E** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY F** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY G** | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form, for the protection of persons supplying labor and material, is used when a payment bond is required under the Act of August 24, 1935, 49 Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space

designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

# POWER OF ATTORNEY

Direct Inquiries/Claims to:
**THE HARTFORD**
BOND, T-4
P.O. BOX 2103, 690 ASYLUM AVENUE
HARTFORD, CONNECTICUT 06115
call: 888-266-3488 or fax: 860-757-5835)

Agency Code: 42   640010

## KNOW ALL PERSONS BY THESE PRESENTS THAT:

| | |
|---|---|
| ☐ | Hartford Fire Insurance Company, a corporation duly organized under the laws of the State of Connecticut |
| ☐ | Hartford Casualty Insurance Company, a corporation duly organized under the laws of the State of Indiana |
| X | Hartford Accident and Indemnity Company, a corporation duly organized under the laws of the State of Connecticut |
| ☐ | Hartford Underwriters Insurance Company, a corporation duly organized under the laws of the State of Connecticut |
| ☐ | Twin City Fire Insurance Company, a corporation duly organized under the laws of the State of Indiana |
| ☐ | Hartford Insurance Company of Illinois, a corporation duly organized under the laws of the State of Illinois |
| ☐ | Hartford Insurance Company of the Midwest; a corporation duly organized under the laws of the State of Indiana |
| ☐ | Hartford Insurance Company of the Southeast, a corporation duly organized under the laws of the State of Florida |

having their home office in Hartford, Connecticut (hereinafter collectively referred to as the "Companies") do hereby make, constitute and appoint, *up to the amount of* UNLIMITED      :

HARRY F. CUSTIS, JAMES W. RODGERS, WILLIAM C. GROVES, ROBERT F. MANSFIELD, J. RUSSELL TOWNSHEND, CYNTHIA K. BALDWIN, SUSAN R. KAHN, CYNTHIA S. LEWIS OF HANOVER MD & OF WOODBRIDGE, VIRGINIA

their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety(ies) only as delineated above by ☒, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof, on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

In Witness Whereof, and as authorized by a Resolution of the Board of Directors of the Companies on January 22, 2004, the Companies have caused these presents to be signed by its Assistant Vice President and its corporate seals to be hereto affixed, duly attested by its Assistant Secretary. Further, pursuant to Resolution of the Board of Directors of the Companies, the Companies hereby unambiguously affirm that they are and will be bound by any mechanically applied signatures applied to this Power of Attorney.

       

Scott Sadowsky, Assistant Secretary

M. Ross Fisher, Assistant Vice President

**STATE OF CONNECTICUT** } ss.   Hartford
**COUNTY OF HARTFORD** }

On this 3rd day of March, 2008, before me personally came M. Ross Fisher, to me known, who being by me duly sworn, did depose and say: that he resides in the County of Hartford, State of Connecticut; that he is the Assistant Vice President of the Companies, the corporations described in and which executed the above instrument; that he knows the seals of the said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed by authority of the Boards of Directors of said corporations and that he signed his name thereto by like authority.



**CERTIFICATE**

Scott E. Paseka
Notary Public
My Commission Expires October 31, 2012

I, the undersigned, Assistant Vice President of the Companies, DO HEREBY CERTIFY that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is still in full force effective as of February 16, 2010
Signed and sealed at the City of Hartford.

       

Gary W. Stumper, Assistant Vice President



POA 2008

PLAINTIFF'S EXHIBIT B
tabbies

| DATE | INVOICE # | OLD INVOICE # | DATE | TOTAL | FUTURE | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/29/2012 | SO405037741.000~ | SO405037741.000~ | 9321/10-020 | $ 719.10 | - | $ - | $ - | $ - | $ 719.10 | Army Reserve Center |
| 7/27/2012 | SO405115500.001~ | SO405115500.001~ | 9354/10-020 | $ 914.62 | - | $ - | $ - | $ - | $ 914.62 | Army Reserve Center |
| 7/27/2012 | SO405020048.001~ | SO405020048.000~ | 9382/10-020 | $ 807.02 | - | $ - | $ - | $ - | $ 807.02 | Army Reserve Center |
| 7/23/2012 | SO405212955.001~ | SO405212955.001~ | 932/10-020 | $ 944.98 | - | $ - | $ - | $ - | $ 944.98 | Army Reserve Center |
| 7/23/2012 | SO405267735.001~ | SO405267735.001~ | 9410/10-020 | $ 1,005.19 | - | $ - | $ 1,005.19 | $ - | $ - | Army Reserve Center |
| 7/30/2012 | SO405267735.000~ | SO405267735.000~ | 9410/10-020 | $ 13,435.35 | - | $ - | $ 13,435.35 | $ - | $ - | Army Reserve Center |
| 7/30/2012 | SO405267742.001~ | SO405267742.001~ | 9410/11-020 | $ 1,720.68 | - | $ - | $ 1,720.68 | $ - | $ - | Army Reserve Center |
| 7/30/2012 | SO405267729.000~ | SO405267729.000~ | 9410/10-020 | $ 113.85 | - | $ - | $ 113.85 | $ - | $ - | Army Reserve Center |
| 7/11/2012 | S10000193.001 | S10000193.001 | 9410/10-020 | $ 593.07 | - | $ - | $ 593.07 | $ - | $ - | Army Reserve Center |
| 7/11/2012 | S10000230.001 | S10000230.001 | 9410/10-020 | $ 96.01 | - | $ - | $ 96.01 | $ - | $ - | Army Reserve Center |
| 7/11/2012 | S100002565.001 | S100002565.001 | 9410/10-020 | $ 197.69 | - | $ - | $ 197.69 | $ - | $ - | Army Reserve Center |
| 7/11/2012 | S10000736.001 | S10000736.001 | 9410/10-020 | $ 657.91 | - | $ - | $ 657.91 | $ - | $ - | Army Reserve Center |
| 7/11/2012 | S10000772.001 | S10000772.001 | 9410/10-020 | $ 1,744.63 | - | $ - | $ 1,744.63 | $ - | $ - | Army Reserve Center |
| 7/11/2012 | S10000146.001 | S10000146.001 | 9414/10-020 | $ 196.48 | - | $ - | $ 196.48 | $ - | $ - | Army Reserve Center |
| 7/11/2012 | S10000490.001 | S10000490.001 | 9310 | $ 44.88 | - | $ - | $ 44.88 | $ - | $ - | Army Reserve Center |
| 7/5/2012 | S100002584.001 | S100002584.001 | 9410/10-020 | $ 454.69 | - | $ - | $ 454.69 | $ - | $ - | Army Reserve Center |
| 7/3/2012 | S10000089.001 | S10000089.001 | 9426/10-020 | $ 489.38 | - | $ - | $ 489.38 | $ - | $ - | Army Reserve Center |
| 7/2/2012 | S100006948.001 | S100006948.001 | 9436/10-020 | $ 108.65 | - | $ - | $ 108.65 | $ - | $ - | Army Reserve Center |
| 7/9/2012 | S10000008.001 | S10000008.001 | 9438/10-020 | $ 2,092.18 | - | $ - | $ 2,092.18 | $ - | $ - | Army Reserve Center |
| 7/2/2012 | S100017762.001 | S100017762.001 | 9479/10-020 | $ 853.60 | - | $ - | $ 853.60 | $ - | $ - | Army Reserve Center |
| 7/2/2012 | S10000015735.001 | S100015735.001 | 9438/10-020 | $ 709.43 | - | $ - | $ 709.43 | $ - | $ - | Army Reserve Center |
| 7/1/2012 | S100023197.001 | S100023197.001 | 9420/10-020 | $ (43.52) | - | $ - | $ (43.52) | $ - | $ - | Army Reserve Center |
| 7/1/2012 | S100026864.001 | S100026864.001 | greg | $ (199.79) | - | $ - | $ (199.79) | $ - | $ - | Army Reserve Center |
| 4/2/2012 | S100028669.001 | S100028669.001 | 9517/10-020 | $ 255.85 | - | $ - | $ 255.85 | $ - | $ - | Army Reserve Center |
| 8/2/2012 | S100021872.001 | S100021872.001 | 9420 & 9380 / 10-020 | $ 763.07 | - | $ - | $ 763.07 | $ - | $ - | Army Reserve Center |
| 10/2/2012 | S100267733.001 | S100267733.001 | 9511/10-020 | $ 19.38 | - | $ - | $ 19.38 | $ - | $ - | Army Reserve Center |
| 16/2012 | S100034082.001 | S100034082.001 | 9549/10-020 | $ 132.31 | - | $ - | $ 132.31 | $ - | $ - | Army Reserve Center |
| 17/2012 | S100037560.001 | S100037560.001 | 9549/10-020 | $ 109.03 | - | $ - | $ 109.03 | $ - | $ - | Army Reserve Center |
| 8 | S100033746.001 | S100033746.001 | CC | $ 359.64 | - | $ - | $ 359.64 | $ - | $ - | Army Reserve Center |
| 00/2012 | S100046476.001 | S100046476.001 | 9594 | $ (109.03) | - | $ - | $ (109.03) | $ - | $ - | Army Reserve Center |
| 11/2012 | S100046213.001 | S100046213.001 | greg | $ 355.28 | - | $ - | $ 355.28 | $ - | $ - | Army Reserve Center |
| 11/2012 | S100033013.001 | S100033013.001 | 9438/10-020 | $ 298.05 | - | $ - | $ 298.05 | $ - | $ - | Army Reserve Center |
| 1/2012 | S100034135.001 | S100034135.001 | 9552/10-020 | $ 7.01 | - | $ - | $ 7.01 | $ - | $ - | Army Reserve Center |
| 1/2012 | S100047531.001 | S100047531.001 | 9597/10-020 | $ 120.14 | - | $ - | $ 120.14 | $ - | $ - | Army Reserve Center |
| 1/2012 | S100054556.001 | S100054556.001 | 9622/10-020 | $ 2.21 | - | $ - | $ 2.21 | $ - | $ - | Army Reserve Center |
| 2/2012 | S100055526.001 | S100055526.001 | 9622/10-020 | $ 1,008.90 | - | $ - | $ 1,008.90 | $ - | $ - | Army Reserve Center |
| 3/2012 | S100056625.001 | S100056625.001 | 9631-10-020 | $ 49.71 | - | $ - | $ 49.71 | $ - | $ - | Army Reserve Center |
| 5/2012 | S100058183.001 | S100058183.001 | 9635/10-020 | $ 103.91 | - | $ - | $ 103.91 | $ - | $ - | Army Reserve Center |
| 8/2012 | S100058292.001 | S100058292.001 | 9111/10-020 | $ 69.72 | - | $ - | $ 69.72 | $ - | $ - | Army Reserve Center |
| 8/2012 | S100059665.001 | S100059665.001 | 9641/10-020 | $ (219.98) | - | $ - | $ (219.98) | $ - | $ - | Army Reserve Center |
| 8/2012 | S100059665.002 | S100059665.001 | 9641/10-020 | $ 159.14 | - | $ - | $ 159.14 | $ - | $ - | Army Reserve Center |
| 2/2012 | S100059665.002 | S100059665.002 | 9641/10-020 | $ 7.27 | - | $ - | $ 7.27 | $ - | $ - | Army Reserve Center |
| 2/2012 | S100058183.003 | S100058183.003 | 9635/10-020 | $ 2.71 | - | $ - | $ 2.71 | $ - | $ - | Army Reserve Center |
| 2/2012 | S100063610.001 | S100063610.001 | 9658/10-020 | $ 20.04 | - | $ - | $ 20.04 | $ - | $ - | Army Reserve Center |
| 7/2/2012 | S100063837.001 | S100063837.001 | 9658/10-020 | $ 49.50 | - | $ - | $ 49.50 | $ - | $ - | Army Reserve Center |

| Date | Invoice | Bill Invoice | DOH (#) | Total | Invoice | Current | 30 days | 60 days | 90 days | 120 days | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/26/2012 | S100058183.002 | S100058183.002 | 9635/10-020 | $ 174.58 | $ 174.58 | $ - | $ - | $ - | $ - | - | Army Reserve Center — to file joint bond claim; mike to forward documentation. |
| 7/1/2012 | S100069606.001 | S100069606.001 | 9674/10-020 | $ 343.97 | $ 343.97 | $ - | $ - | $ - | $ - | - | Army Reserve Center |
| 7/6/2012 | S100073581.001 | S100073581.001 | 9689/10-020 | $ 49.45 | $ 49.45 | $ - | $ - | $ - | $ - | - | Army Reserve Center |
| 7/9/2012 | S100073208.001 | S100073208.001 | 9674 | $ (28.85) | $ (28.85) | $ - | $ - | $ - | $ - | - | Army Reserve Center |
| 7/10/2012 | S100075403.001 | S100075403.001 | 9635 / 10-020 | $ (160.87) | $ (160.87) | $ - | $ - | $ - | $ - | - | Army Reserve Center |
| 7/10/2012 | S100075428.001 | S100075428.001 | 9696 / 10-020 | $ 69.72 | $ 69.72 | $ - | $ - | $ - | $ - | - | Army Reserve Center |
| 7/12/2012 | S100073581.002 | S100073581.002 | 9689/10-020 | $ 28.86 | $ 28.86 | $ - | $ - | $ - | $ - | - | Army Reserve Center |
| 7/16/2012 | S100079977.001 | S100079977.001 | 9699/10-020 | $ 5.91 | $ 5.91 | $ - | $ - | $ - | $ - | - | Army Reserve Center |

BIRKHEAD 11/11

2.



## SANDERS & KISSLER

a partnership of professional corporations
*Attorneys and Counselors at Law*
3905 RAILROAD AVENUE, SUITE 200N
FAIRFAX, VIRGINIA 22030
TELEPHONE: 703.352.5066
TELEFAX: 703.352.5122

TODD F. SANDERS
TRACY S. KISSLER*
*also admitted in MD and DC

Loudon County Office
204 South King Street
Leesburg, VA 20175
703.771.0455

September 24, 2012

VIA CERTIFIED MAIL - RETURN RECEIPT
REQUESTED AND REGULAR MAIL

James W. Ancel, Inc.
Attn: James W. Ancel, President
408 Bosley Avenue
Towson, MD 21204

Hartford Accident & Indemnity Company
One Harford Plaza
Hartford, CT 06155

> Re: Project: Army Reserve Center (Curtis Bay)
> Contract No. W912QR-10-C-0029 ("the Project")
> Claimant: Electrical Wholesalers Metro D. C., Inc. d/b/a Maurice Electrical
> Supply Company
> Amount of claim: $42,739.76

To Whom It May Concern:

Please be advised that the undersigned represents Electrical Wholesales Metro D. C., Inc. d/b/a Maurice Electrical Supply Company ("Claimant") with regard to its claim for the balance due it for electrical materials supplied through Birckhead Electrical, Inc. a subcontractor to the above-referenced Project. There is currently a balance due of $42,739.76 plus interest and attorney's fees as called for in the credit agreement between Claimant and Birckhead Electrical, Inc.

As the Principal and Surety under a labor and material payment bond for the Project, demand is hereby made under the bond for the total amount of $42,739.76 plus interest at 1.5% per month and attorney's fees.



PLAINTIFF'S
EXHIBIT
C
tabbies

Page Two
September 24, 2012
James W. Ancel, Inc., et al.

Should arrangements for payment not be made within ten (10) days, I have been instructed to file suit for payment under the bond.

If you have any questions regarding this matter, please do not hesitate to contact me.

Very truly yours,

SANDERS & KISSLER

Tracy S. Kissler

cc:  Birckhead Electrical, Inc.
     Bonnie Mehta

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X          Ben Blay          ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

1. Article Addressed to:

Hartford Accident Indemnity
One Hartford Plaza
Hartford, CT 06155

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7011 2000 0001 4574 5575

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                              ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   K Boyd

1. Article Addressed to:

Jarosw. Ancel, Inc
408 Bosley Avenue
Towson, MD 21204

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7011 2000 0001 4574 5568

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540